# NOTICE OF RIGHT TO CANCEL

LENDER: National City Mortgage a division of National City Bank
3232 NEWMARK DRIVE, MIAMISBURG, OH 45342

BORROWERS/OWNERS   ANNETTE KUULEI AGUSTIN

DATE   2/09/2007
LOAN NO.   0005386683
TYPE   CONV UNINS

ADDRESS   15 1493 23rd Ave
CITY/STATE/ZIP   Keaau, 96749
PROPERTY   15-1493 23RD AVE
KEAAU, Hawaii 96749

\*\* ANY CHANGES TO TRANSACTION DATE OR MIDNIGHT DATE MUST BE INITIALED BY BORROWER(S) \*\*

## YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is   2/09/2007
or
(2) The date you received your Truth in Lending disclosures;
or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
Attn: Wholesale ROR ,
National City Bank
P.O. Box 1808
Miamisburg, OH 45401-1808

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

IN ADDITION, PLEASE CALL 1-866-846-8947 Option 3
TO NOTIFY NCB OF YOUR INTENTION TO CANCEL THIS LOAN.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of   2/13/2007
(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____   _____
SIGNATURE                     DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

2/09/2007                                             2/09/2007
_____ DATE   _____ DATE
BORROWER/OWNER                      BORROWER/OWNER
**ANNETTE KUULEI AGUSTIN**

_____ DATE   _____ DATE
BORROWER/OWNER                      BORROWER/OWNER

NATL64 (0305).01           VMP Mortgage Solutions, Inc. (800)521-7291           10/00

EXHIBIT "A"