```
 1                      UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF HAWAII
 2
     ANNETTE KUULEI AGUSTIN, ET AL.)    Case No.  CV09-00423SOM-KSC
 3                                  )
                    Plaintiffs,     )    Honolulu, Hawaii
 4                                  )    January 11, 2011
              v.                    )    2:19 p.m.
 5                                  )
     PNC FINANCIAL SERVICES GROUP,  )
 6   INC., ET AL.,                  )
                                    )
 7                  Defendants.     )
                                    )
 8
                  TRANSCRIPT OF SETTLEMENT ON THE RECORD
 9              BEFORE THE HONORABLE KEVIN S.C. CHANG
                   UNITED STATES MAGISTRATE JUDGE
10
     APPEARANCES:
11
     For Plaintiff                  GEORGE ZWEIBEL, ESQ.
12                                  45-3590 A Mamane Street
                                    Honokaa, Hawaii 896727
13
     For Defendant PNC FINANCIAL    DAVID ROSEN, ESQ.
14   SERVICES GROUP, INC.:          810 Richards Street, #880
                                    Honolulu, Hawaii 96813
15
     For Defendant FIRST AMERICAN   MCCORRISTON MILLER MUKAI MACKINNON
16   TITLE:                         By:  DAVID MINKIN, ESQ.
                                    500 Ala Moana Boulevard, #400
17                                  Honolulu, Hawaii 96813

18

19

20

21   Transcriber:                   Jessica B. Cahill
                                    P.O. Box 1652
22                                  Wailuku, Maui, Hawaii 96793
                                    Telephone: (808)244-0776
23

24   Proceedings recorded by electronic sound recording, transcript
     produced by transcription service
25

26
```

```
 1   JANUARY 11, 2011                                    2:19 P.M.

 2           THE CLERK:  This Honorable Court is now in session.

 3   Civil number 09-423SOM-KSC, Annette Agustin, et al. versus PNC

 4   Financial, et al.  This is a settlement on the record.  May I

 5   have your appearances?

 6           MR. ZWEIBEL:  George Zweibel appearing for plaintiffs

 7   Annette Agustin, George Agustin, and Jeffrey Agustin.

 8           THE COURT:  Good afternoon.

 9           MR. ROSEN:  David Rosen, Your Honor, for PNC Bank.

10           THE COURT:  Good afternoon.

11           MR. MINKIN:  Good afternoon, Your Honor, David Minkin

12   on behalf of First American Title.

13           THE COURT:  The Court understands that a settlement's

14   been achieved in this case.  Who will state the essential terms?

15   Mr. Rosen.

16           MR. ROSEN:  Yes, Your Honor.  Your Honor, the terms of

17   the settlement are that First American Title Company has agreed

18   to pay $35,000 within 30 days after the dismissal of the case or

19   execution of the documents.

20           PNC has agreed to pay $5,000 cash for keys.  So upon

21   the plaintiffs' vacating and turning over possession of the

22   property, plaintiffs will dismiss all claims with prejudice.

23   Plaintiffs to vacate the property by May 11th, 2011.

24           Plaintiffs will not oppose a non-judicial foreclosure

25   by PNC Bank and will agree to accept service of the -- of any
```

1  documents related thereto.  Plaintiffs will continue to maintain
2  the property and shall not remove any fixtures prior to their
3  surrendering possession.
4              And all parties to bear their own fees and costs.  The
5  settlement agreement to be executed by the parties with standard
6  terms including confidentiality.  The Court to retain
7  jurisdiction over any other matters.
8              THE COURT:  Mr. Minkin.
9              MR. MINKIN:  That is correct.  So agreed, Your Honor.
10             THE COURT:  Mr. Zweibel.
11             MR. ZWEIBEL:  I believe we also agreed, Your Honor,
12 that there would be no deficiency sought by PNC.
13             THE COURT:  Mr. Rosen.
14             MR. ROSEN:  That's correct, Your Honor.
15             MR. ZWEIBEL:  I also would request that the release be
16 mutual -- release of claims.
17             THE COURT:  Mr. Rosen.
18             MR. ROSEN:  That's agreeable, Your Honor.
19             THE COURT:  Mr. Minkin.
20             MR. MINKIN:  Not a problem, Your Honor.
21             THE COURT:  Mr. Zweibel, any other essential terms at
22 this time?
23             MR. ZWEIBEL:  I don't think so, Your Honor.  Thank
24 you.
25             THE COURT:  Mrs. Agustin.

1             MRS. AGUSTIN:  Yes.
2             THE COURT:  Did you hear what the lawyers just told
3    me?
4             MRS. AGUSTIN:  Only Mr. Zweibel, I -- I didn't get
5    that deficiency, what you had said.  Yeah, try repeat that
6    question, the one you just mentioned.
7             MR. ZWEIBEL:  You want me to?
8             THE COURT:  Yeah, uh-huh.
9             MR. ZWEIBEL:  The Judge is just asking if you heard
10   all of the terms that Mr. Rosen stated as well as the ones that
11   I added.  If you heard all of those terms if you agree to them.
12            MRS. AGUSTIN:  Oh, yeah.  Yeah.
13            MR. ROSEN:  Mrs. Agustin didn't understand the
14   deficiency judgment.  She wanted that explained to her.
15            MRS. AGUSTIN:  Yeah.
16            MR. ZWEIBEL:  The deficiency judgment we talked about.
17   That's their agreement they will not seek a judgment against you
18   for the difference between whatever they get for the house and
19   whatever you might otherwise owe.
20            MRS. AGUSTIN:  Oh, okay.  I understand.
21            THE COURT:  So, Mrs. Agustin, all of the terms and
22   conditions that the lawyers have just said those are acceptable
23   to you?
24            MRS. AGUSTIN:  Yes.
25            THE COURT:  And, Mr. Agustin, George?

```
 1                MR. GEORGE AGUSTIN:  Yeah.
 2                THE COURT:  Did you hear what the lawyers just told
 3   me?
 4                MR. GEORGE AGUSTIN:  Yes.
 5                THE COURT:  Are the terms and conditions acceptable to
 6   you?
 7                MR. GEORGE AGUSTIN:  Okay.
 8                THE COURT:  Mr. Jeffrey Agustin.
 9                MR. JEFFREY AGUSTIN:  Yes.
10                THE COURT:  Did you hear everything the lawyers just
11   told me?
12                MR. JEFFREY AGUSTIN:  Yes.
13                THE COURT:  Are those terms and conditions acceptable
14   to you?
15                MR. JEFFREY AGUSTIN:  Yes.
16                THE COURT:  All right.  Based on counsels'
17   representations and the affirmations by the plaintiffs the Court
18   does find that the essential terms of a valid and enforceable
19   settlement agreement have been set out on the record this
20   afternoon.  The Court then will set a filing of dismissal
21   deadline in this case for May -- what's the date?
22                MR. ROSEN:  May 11th, Your Honor.  May 12th.
23                THE COURT:  So we'll set May 12th, 2011 as the
24   deadline.
25                The Court will, based on the settlement, vacate the
```

```
 1  trial date and all other deadlines in this case.  If the Court
 2  does not receive the dismissal document by that date, the Court
 3  will enter an order of dismissal, retaining jurisdiction to
 4  enforce the essential terms and conditions of the settlement as
 5  set out on the record this afternoon.  Anything further, Mr.
 6  Minkin?
 7            MR. MINKIN:  Nothing, Your Honor.  Thank you.
 8            THE COURT:  Mr. Rosen.
 9            MR. ROSEN:  No, Your Honor.  Thank you very much.
10            THE COURT:  Mr. Zweibel.
11            MR. ZWEIBEL:  No, Your Honor.  Thank you.
12            THE COURT:  Thank you very much.  We'll be in recess.
13            (At which time the above-entitled proceedings were
14  concluded 2:25 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2
 3                          CERTIFICATE
 4       I, court approved transcriber, certify that the
 5  foregoing is a correct transcript from the official electronic
 6  sound recording of the proceedings in the above-entitled matter.
 7       Dated this 16th day of February, 2011.
 8
 9                              /s/ Jessica B. Cahill
10                              Jessica B. Cahill
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```